■ In the Matter of MARC J. HOPKINS, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [841 NYS2d 901]—A certified copy of a

certificate of conviction having been filed showing that Marc J. Hopkins was convicted of grand larceny in the third degree and grand larceny in the fourth degree, he is disbarred and his name is stricken from the roll of attorneys. Present—Hurlbutt, J.P., Martoche, Smith, Centra and Peradotto, JJ. (Filed Sept. 12, 2007.)